IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BOARD OF TRUSTEES, NATIONAL )
STABILIZATION AGREEMENT OF )
THE SHEET METAL INDUSTRY )
TRUST FUND, et al., )
    Plaintiffs, )
     )
v. ) Civil Action No. 1:10cv451
     )
DESIGN BUILD HVAC, LLC, )
    Defendant. )

## JUDGMENT ORDER

Upon consideration of the September 7, 2010 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the September 7, 2010 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiffs and against defendant in the total amount of $44,570.84.

The Clerk is **DIRECTED** to enter judgment pursuant to Rule 58, Fed. R. Civ. P. and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a copy of this Judgment Order to defendant, the Magistrate Judge and all counsel of record.

Alexandria, VA
September 30, 2010

/s/
T. S. Ellis, III
United States District Judge